UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-61227-CIV-COHN/Snow

JANICE GAU,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

**O R D E R**

THIS CAUSE is before the Court on counsel Eva Guerra's Motion for Permission to Practice *Pro Hac Vice*, for Waiver of Requirement of Local Counsel, and for Permission to File Case Documents Electronically (DE 5), which was referred to United States Magistrate Judge, Lurana S. Snow.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that the Motion for Permission to Practice *Pro Hac Vice* is DENIED without prejudice to refile in accordance with the Special Rules Governing the Admission and Practice of Attorneys in the Southern District of Florida and Rule 2B of the CM/ECF Administrative Procedures for the Southern District of Florida.  It is further

ORDERED AND ADJUDGED that the Motion for Waiver of Local Counsel and Motion for Permission to File Case Documents Electronically are DENIED.

DONE AND ORDERED at Fort Lauderdale, Florida, this 31st day of August, 2007.

                                            _____
                                            LURANA S. SNOW
                                            UNITED STATES MAGISTRATE JUDGE

Copies to:
Eva Guerra, Esq. (P)
US Attorney's Office
Ms. Catherine Wade -  Executive Service Administrator