UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61227-CIV-COHN/SELTZER



JANICE GAU,

       Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 32], submitted by United States Magistrate Judge Barry S. Seltzer on August 1, 2008. Plaintiff has filed no objections to this Report and Recommendation, and the time for filing such objections has now passed.

The Court has conducted a *de novo* review of the record herein, including the Report and Recommendation, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.    The Report and Recommendation [DE 32] of Magistrate Judge Seltzer is **ADOPTED**.

2.    Plaintiff's Motion for Summary Judgment [DE 23] is **DENIED**.

3.    Defendant's Motion for Summary Judgment [DE 30] is **GRANTED**.

4.    The Commissioner's decision is **AFFIRMED**.

5. The Court shall issue a Final Judgment in accordance with this Order.

6. Any pending motions are **DENIED AS MOOT**. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 21ST day of August, 2008.

*[signature]*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record